UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS LEONEL GARCIA,<br><br>                Petitioner,<br><br>     v.<br><br>PATRICK COVELLO, Warden,<br><br>                Respondent. | Case No. 2:21-cv-07571-SVW-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition ("FAP"), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the FAP be DENIED and that Judgment be entered dismissing this action with prejudice.

Dated: September 14, 2023

                                            HONORABLE STEPHEN V. WILSON
                                            United States District Judge