JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS LEONEL GARCIA, <br><br>   Petitioner, <br><br> v. <br><br> PATRICK COVELLO, Warden, <br><br>   Respondent. | Case No. 2:21-cv-07571-SVW-SHK <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: September 14, 2023

HONORABLE STEPHEN V. WILSON
United States District Judge